**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN BIETSCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 15-cv-05432 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| SERGEANT'S PET CARE PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS FROM PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant Sergeant's Pet Care Products, Inc. ("Sergeant's"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 12(f), hereby moves to strike the class allegations in Plaintiffs' Class Action Complaint ("Complaint"). In support of its Motion to Strike, Sergeant's submits a Memorandum of Law contemporaneously filed herewith, and further states the following:

1. On June 19, 2015, Plaintiffs Ryan Bietsch, Bryan Schneider and Michael Pfortmiller ("Plaintiffs") filed suit against Sergeant's for (1) breach of implied warranty, (2) breach of express warranty, (3) violation of the Illinois Consumer Fraud Act and Deceptive Business Practices Act, 815 ILCS 505/1, (4) strict products liability, (5) violation of Magnuson-Moss Warranty Act, 15 U.S.C. §2301, et seq., and (6) violation of the Kentucky Consumer Protection Act, Ky. Rev. Stat. §§367.110 et. seq.

2. Plaintiffs' class allegations should be stricken from the Complaint. The law is well settled that a court should strike class allegations where it is clear from the face of a complaint that the proposed class claims are fatally defective. That is precisely the case here. The allegations in the Complaint, taken as true for the purposes of this Motion, make it impossible to meet the strict requirements of Fed. R. Civ. P. 23(b)(3), in that individual issues of both fact and

law predominate over any common issues. Second, the proposed class is overbroad and not sufficiently ascertainable. And, finally, because the plaintiffs seek primarily monetary relief, the certification requested under Fed. R. Civ. P. 23(b)(2) is not available.

3. In support of this Motion, Sergeant's submits its accompanying Memorandum of Law and incorporates the Memorandum by reference in its entirety, which has been contemporaneously filed with this Combined Motion.

4. Counsel for the parties have communicated prior to this filing in compliance with the Court's "meet and confer" requirements. Specifically, counsel conducted a telephone conference where Sergeant's counsel generally discussed with Plaintiffs' counsel Sergeant's arguments for striking the class allegations. Sergeant's did not provide opposing counsel with drafts of the incomplete motions and opposing counsel stated that they were not in a position to address the specific arguments contained in the motion. Counsel exchanged follow-up emails that summarized their "meet and confer" meeting. Counsel were not able to reach an agreement or resolution as to the filing of the motion after a good-faith attempt to do so.

WHEREFORE, Defendant Sergeant's Pet Care Products, Inc. respectfully requests that the Court (i) grant Defendant's Motion to Strike; (ii) strike the class allegations in the Complaint, with prejudice, and (iii) grant Sergeant's any other relief as this Court deems just and proper.

Dated: August 17, 2015

Respectfully submitted,

*s/ Russell S. Jones, Jr.*

Russell S. Jones, Jr. MO#30814
Travis L. Salmon IL#6311641
POLSINELLI PC
900 W 48th Place, Suite 900
Kansas City, Missouri 64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
rjones@polsinelli.com
tsalmon@polsinelli.com

Paula S. Kim IL #6286594
POLSINELLI PC
161 N Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900
(312) 819-1910 (FAX)
pkim@polsinelli.com

ATTORNEYS FOR DEFENDANT
SERGEANT'S PET CARE PRODUCTS, INC.



50976511.1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to registered counsel of record as identified on the Court's Docket as of August 17, 2015:

Joseph J. Siprut, Esq.
Richard L. Miller II, Esq.
Todd McLawhorn, Esq.
Gregg M. Barbakoff, Esq.
Siprut PC
17 N. State St., Suite 1600
Chicago, IL 60602
jsiprut@siprut.com
rmiller@siprut.com
tmclawhorn@siprut.com
gbarbakoff@siprut.com
(312) 236-0000
Fax: (312) 267-1906
ATTORNEYS FOR PLAINTIFFS

*/s/ Russell S. Jones, Jr.*
Attorneys for Defendant
Sergeant's Pet Care Products, Inc.