**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN BIETSCH, BRYAN SCHNEIDER, and MICHAEL PFORTMILLER, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 15-cv-05432 |
| v. | ) | Hon. Sara L. Ellis |
| SERGEANT'S PET CARE PRODUCTS, INC., a Michigan corporation, | ) | Hon. Susan E. Cox |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS FROM PLAINTIFFS' CLASS ACTION COMPLAINT**

Plaintiffs Ryan Bietsch, Bryan Schneider, and Michael Pfortmiller ("Plaintiffs") through their undersigned counsel, Siprut PC, respectfully move this Court for an Order granting Plaintiffs leave to file a Surreply In Further Opposition To Defendant Sergeant's Pet Care Products, Inc.'s Motion To Strike Class Allegations From Plaintiff's Class Action Complaint. In support of this motion (the "Motion"), Plaintiffs state:

1. On November 6, 2015, Defendant Sergeant's Pet Care Products, Inc. ("Sergeant's") filed its Defendant's Reply In Support Of Motion To Strike Plaintiffs' Class Action Allegations (the "Reply"). (Dkt. No. 40.)

2. Sergeant's Reply relied heavily on new arguments based on numerous factual assertions raised, for the first time, in the Declaration Of Krystal Sautter In Support Of Sergeant's Motion To Strike Class Allegations (the "Declaration") that was attached to the Reply. (Dkt No. 40-1; *see* Dkt No 40 at 1, 5-6, 14 (raising arguments based on factual assertions set forth in the Declaration).)

3. Sergeant's attempt to raise new, untested factual assertions in its Reply is inappropriate under settled law. *See, e.g.*, *Gold v. Wolpert*, 876 F.2d 1327, 1331 n.6 (7th Cir. 1989) (new facts cannot be raised for the first time in a reply brief); *accord Smith v. Altman*, 2015 WL 5675376, at *2 (N.D. Ill. Sept. 21, 2015) (Ellis, J.) (refusing to consider new factual assertions raised in exhibit to reply brief); *see Louisma v. Automated Fin., LLC*, 2011 WL 5105377, at *3 n.1 (N.D. Ill. Oct. 27, 2011) (same).

4. Accordingly, Plaintiffs hereby request leave to address Sergeant's new arguments, which are based on the new factual allegations set forth in the Reply.

WHEREFORE, Plaintiffs requests that this Court enter an Order that:

A. Grants Plaintiffs leave to file their six-page Plaintiffs' Surreply In Further Opposition To Sergeant's Motion To Strike Class Allegations From Plaintiffs' Complaint, which is attached hereto as Exhibit A; and

B. Grants Plaintiffs such other and further relief as this Court deems appropriate.

Dated: November 12, 2015

Respectfully submitted,

By: *<u>/s/ Joseph J. Siprut</u>*

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller II
*rmiller@siprut.com*
Todd McLawhorn
*tmclawhorn@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.470.6588
**www.siprut.com**

***Counsel for Plaintiffs and the Proposed Putative Class***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Plaintiffs' Motion For Leave To File Surreply In Further Opposition To Defendant's Motion To Strike Class Allegations From Plaintiffs' Class Action Complaint** was filed this 12th day of November 2015 via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Joseph J. Siprut*
Joseph J. Siprut